ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al. | ) ) ) | NO.  C 07 5817 CRB |
| Plaintiff, | ) ) ) | EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| GARY STEVEN HARRISON, et al. | ) ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

        Plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby applies ex parte for an order to continue the Case Management Conference from February 22, 2008 to May 23, 2008.

    This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

        Dated:  February 20, 2008

                        Respectfully submitted,

                        ERSKINE & TULLEY

                        By:/s/ Michael J. Carroll
                           Michael J. Carroll
                           Attorneys for Plaintiff