```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.<br><br>Plaintiff,<br><br>vs.<br><br>GARY STEVEN HARRISON, et al.<br><br>Defendant. | NO.  C 07 5817 CRB<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2.  Service was accomplished upon the only party in this case on February 7, 2008. No responsive pleading was filed.

3.  Substantial payments have been paid and plaintiff is

1 | requesting a waiver of liquidated damages.

2 |     4. It is requested that the Court continue the Case
3 | Management Conference some ninety days hence.

4 |     5. Good cause exists to grant plaintiff's request for a
5 | continuance of the Case Management Conference currently set for
6 | February 22, 2008 to May 23, 2008 to allow the parties time to settle
7 | this case and avoid any unnecessary burden to the Court.

8 |     I declare under penalty of perjury that the foregoing is
9 | true and correct to the best of my knowledge.

10 |     Executed on February 20, 2008 at San Francisco, California.

12 |                               Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On February 20, 2008 I served the within **DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Gary Steven Harrison
H & H Flooring
2582 Appian Way
Pinole, CA 94564

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2008 at San Francisco, California.

_Sharon Eastman_
Sharon Eastman