1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHEN    )    NO.  C 07 5817 CRB
   CALIFORNIA FLOOR COVERING, et al.,  )
12                                     )    ORDER TO CONTINUE CASE
                                       )    MANAGEMENT CONFERENCE
13                Plaintiffs,          )
                                       )
14       vs.                           )
                                       )
15 GARY STEVEN HARRISON, et al.        )
                                       )
16                                     )
                 Defendant.            )
17 _____)

18       IT IS ORDERED that the Case Management Conference in this

19 case set for February 22, 2008 be continued to May 23, 2008 at 8:30

20 p.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:_____        _____
                                   Honorable Charles R. Breyer
23

24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE