ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHEN CALIFORNIA FLOOR COVERING, et al., | ) ) ) | NO.  C 07 5817 CRB |
| | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GARY STEVEN HARRISON, et al. | ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the Case Management Conference in this case set for February 22, 2008 be continued to May 30, 2008 at 8:30 p.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: _February 22, 2008_____

_____
Honorable Charles R. Breyer

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE