ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF NORTHERN CALIFORNIA FLOORING et al.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>GARY STEVEN HARRISON, et al.<br><br>　　　　Defendant. | NO.  C 07 5817 CRB<br><br>PLAINTIFFS CASE MANAGEMENT STATEMENT<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: 5/30/08<br>TIME: 8:30 a.m. |

　　　　Plaintiffs in the above-entitled action submit this Case Management Statement reporting on the status of this case as follows:

　　　　The complaint was filed November 15, 2007.  Service on the only defendant took place on February 7, 2008.  The parties have engaged in settlement discussions and substantial sums have been paid.

　　　　The only amounts remaining due are interest and costs, which defendant hopes to pay before the Case Management Conference date. If that occurs the case will be dismissed.

DATED: May 22, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ERSKINE & TULLEY
　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On May 22, 2008 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Gary Harrison
H & H Flooring
2582 Appian Way
Pinole, CA 94564

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2008 at San Francisco, CA.

Sharon Eastman