```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.,<br><br>           Plaintiffs,<br>vs.<br>GARY STEVEN HARRISON, etc.,<br>           Defendant. | NO.  C 07 5817 CRB<br><br>(PROPOSED)<br>ORDER FOR THIRTY DAY<br><u>CONDITIONAL DISMISSAL</u> |

      Plaintiffs' counsel having advised the Court that the parties have agreed to a settlement of this action.

      IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 30 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: _____          UNITED STATES DISTRICT COURT

                                           _____
                                           Judge Charles R. Breyer

<u>PROPOSED ORDER FOR THIRTY DAY CONDITIONAL DISMISSAL</u>

PROOF OF SERVICE

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On May 28, 2008 I served the within PROPOSED ORDER FOR THIRTY DAY CONDITIONAL DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Gary Harrison
H & H Flooring
2582 Appian Way
Pinole, CA 94564

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008 at San Francisco, California.

                                          /s/ Diane Andrade
                                        DIANE ANDRADE